MICHAEL J. BRENNAN, Respondent, v. ROLLO TRANSIT CORP. and WALLACE R. LAURSEN, Appellants.— Action for damages for personal injuries and property damage resulting from a collision between a car which plaintiff was operating and a bus owned by the corporate defendant and driven by the individual defendant. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

GERTRUDE C. DILG, by CLARENCE R. DILG, Her Guardian ad Litem, and CLARENCE R. DILG, Appellants, v. THE BOARD OF EDUCATION, LOCUST VALLEY JUNIOR HIGH SCHOOL, Respondent.— The infant-plaintiff secured a verdict for $225 for personal injuries and her father a verdict for twenty-five dollars for expenses. The court set aside the verdicts and granted a new trial. Order of the County Court of Nassau county reversed on the law, with costs, motion denied, verdicts for plaintiffs reinstated, and judgment directed to be entered thereon, with costs. The court, contrary to the rule (*Coleman* v. *Brooklyn & Queens Transit Corp.,* 252 App. Div. 215), assigned no definite reason for setting aside the verdicts. The record discloses that the questions of negligence and contributory negligence were those of fact and in our opinion they were properly decided by the jury. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

FISK DISCOUNT CORPORATION, Appellant, v. BROOKLYN TAXICAB TRANS. Co., INC., Respondent, and CHECKER CAB SALES CORPORATION, Impleaded Defendant, Appellant.— Order granting defendant-respondent permission to demand a jury trial affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Adel and Close, JJ., concur; Lazansky, P. J., dissents.